# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN HUGUELEY, | ) |
| | ) **CAPITAL CASE** |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:11-cv-01115 |
| | ) JUDGE TRAUGER |
| BILL HASLAM, et al., | ) |
| | ) |
| Defendants | ) |

## ORDER

The court reopened this matter on April 24, 2019, on the plaintiff's *pro se* motion. (Doc. No. 25.) In the same order, the court instructed the plaintiff's previously appointed counsel, Paul Davidson, to notify the court of his intentions regarding further representation of the plaintiff in this case. (*Id.*) Counsel has now appeared and indicated that he is able to continue representing the plaintiff. (Doc. No. 26.)

The plaintiff, through his counsel, **MUST** file an amended complaint within **30 DAYS** of the entry of this order.

The Clerk of Court is **DIRECTED** to provide a copy of this order to the plaintiff via First Class mail.

It is so **ORDERED**.

ENTER this 6th day of May 2019.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE